

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 26, 2017

<u>By ECF</u>

Honorable William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   <u>United States v. Abdurasul Hasanovich Juraboev</u>
            <u>Criminal Docket No. 15-95 (WFK)</u>

Dear Judge Kuntz:

    The government respectfully writes to provide the Court with the attached English-language translation of a letter from the defendant that the government submitted with its sentencing memorandum filed yesterday.

    Respectfully submitted,

    BRIDGET M. ROHDE
    Acting United States Attorney

By:   <u>/s/ Alexander A. Solomon</u>
      Alexander A. Solomon
      Douglas M. Pravda
      Peter Baldwin
      David Kessler
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Defense counsel for defendant Juraboev (by ECF)
      Clerk of the Court (WFK) (by ECF)