TRANSLATION FROM UZBEK (LATIN ALPHABET) TO ENGLISH - 2 pages

**1st paragraph/chapter**

**1st part**

Writing in different language (most likely Arabic).

[Arrow is indicating explanation below…]

I am starting with the name of the Kind and Merciful Allah!

May those who are following the right pathway of Allah find the peace and blessings from Allah.

Dear Mister Judge! I am writing this letter to you in order to request my legal rights based on the law of USA.

**1.** I want to ask you for the help in lifting of separation order with* those who were detained with me. The reason: I am facing multiple difficulties/hardships in the jail. For example: I have tried to go to the dentist's office 2 or 3 times, but I could not, because of separation order and other similar issues. I have asked my lawyer about it** several times. Regarding some of them*** is in the 3rd paragraph.

**2.** I have asked my lawyer to get multiple videos and MP-3 files from my computer and cell phone. The reason is that those video and mp-3 files shows what kind of person I am, what I was doing, that I have no connection to any type of terrorism and that I was always busy with discovering/learning of Islam. That is why they are so important for me.

**3.** Also I am sending one of the proofs I have already provided to the FBI during of both of our conversations that I did not have any terroristic thoughts, I was not trying to kill any one and that intentionally killing of people considered as a serious sin in Islam, because FBI did not submit it to you.

They are in 4 -5th paragraphs.

**4.** I am requesting a fair decision from you. If you are not able to make a fair decision, I will wait for Allah's fair decision on doomsday. Be aware, at that day you will be responsible for your unfair decision towards Allah.

---

Preparer: Babadjanov Sanjar                                                                                              Page 1

I have *comments to original version of the document, because there is incorrect spelling of some words, also lexical and/or grammatical errors. Sentences, sometimes, are not finished or not directly related to each other. I've used verbatim translation to convey meaning of the messages and be close to original as much as possible.

TRANSLATION FROM UZBEK (LATIN ALPHABET) TO ENGLISH - 2 pages

    Juraboev

    Abdulloh Ibn Hasan.

    [Signature]

Beware****, at Allah's fair decision day [doomsday] Allah will punish you by burning in the fire of the Hell for unfair things you did. You are in Christian religion; do you have even a little bit faith/belief on that? This last day is a fair day for those who believe or not and definitely [will come] in future.

Comments:
-*in context: separating me;
-**in context: about lifting of the separation order;
-***in context: about his appeals to his lawyer;
-****in this case the meaning is most likely "You have to know" or "You have to be afraid of…"

2nd paragraph/chapter

---

Preparer: Babadjanov Sanjar                    Page 2

I have *comments to original version of the document, because there is incorrect spelling of some words, also lexical and/or grammatical errors. Sentences, sometimes, are not finished or not directly related to each other. I've used verbatim translation to convey meaning of the messages and be close to original as much as possible.

# AFFIRMATION CERTIFYING TRANSLATION

I, Sanjar Babadjanov, affirm that I am an interpreter/translator contracted by Metropolitan Interpreters and Translators, Inc., affirm under penalty of prosecution for false written statements, the following:

1) I am fluent and literate in the languages of English and Uzbek.

2) On 10/26/2017, I have translated a letter to the judge from Juraboev Abdulloh ibn Hassan from Uzbek into English for the company mentioned above.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW

SANJAR, BABADJANOV

_____
Signature